**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZILA H. TAHIRKHELI, et al.

    Petitioners,                      No. C 06-06041 JSW

  v.                               **ORDER TO SHOW CAUSE**

U.S. CITIZENSHIP & IMMIGRATION SERVICES, et al.

    Respondents.

_____/

    Petitioners Zila H. Takhirkheli and Jahan Zab Tahirkheli have filed a complaint seeking a writ of mandamus under 28 U.S.C. § 1361. The Court hereby issues an ORDER TO SHOW CAUSE why the writ should not be granted. Respondents shall file responsive papers to the complaint by October 27, 2006. Petitioners may file a reply by November 13, 2006.

    IT IS FURTHER ORDERED that a hearing on the petition will be conducted on December 8, 2006 at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: October 3, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE