1    Robert B. Jobe (State Bar #133089)
     LAW OFFICE OF ROBERT B. JOBE
2    550 Kearny Street, Ste. 150
     San Francisco, CA 94108
3    Tel:    (415) 956-5513
     Fax:    (415) 956-0850
4    Email: bob@jobelaw.com

5    Attorney for Plaintiffs.

6

7                      UNITED STATES DISTRICT COURT FOR THE

8                        NORTHERN DISTRICT OF CALIFORNIA

9    ZILA HUMA TAHIRKHELI,              )      No.    C 06-06041 JSW
     JAHAN ZEB TAHIRKHELI,              )
10                                      )
                                        )      MOTION FOR VOLUNTARY DISMISSAL
11          Plaintiffs,                 )      AND [PROPOSED] ORDER
                                        )
12          v.                          )
                                        )
13   U.S. CITIZENSHIP AND IMMIGRATION   )
     SERVICES; EDUARDO AGUIRRE,         )      USCIS Alien Numbers:
14   DIRECTOR, U.S. CITIZENSHIP AND     )
     IMMIGRATION SERVICES; DAVID N.     )      A    95-397-927
15   STILL, DISTRICT DIRECTOR, USCIS    )      A    96-150-660
     SAN FRANCISCO DISTRICT OFFICE;     )
16   EVELYN UPCHURCH, ACTING            )
     DIRECTOR, USCIS NEBRASKA           )
17   SERVICE CENTER,                    )
                                        )
18          Defendants.                 )
     _____)
19

20          Pursuant to Civil Local Rule 7, Plaintiffs, Zile Huma and Jahan Zeb Tahirkheli, through

21   counsel, request that their mandamus complaint currently pending before the Court be dismissed

22   without prejudice.  Subsequent to the filing of this mandamus complaint, the I-730 petition filed by

23   Mrs. Tahirkheli on behalf of her husband was approved by Defendants.  *See attachment.* Therefore,

24   Plaintiffs are no longer alleging that the U.S. Citizenship and Immigration Services is delaying in

25   adjudication of the I-730 petition.

26          WHEREFORE, Plaintiffs pray that this Court allow them to voluntarily dismiss their

27   mandamus complaint, without prejudice.

28   Motion for Voluntary Dismissal and [Proposed] Order

1

2     DATED: October 12, 2006                                    /s/
                                              _____
3                                             Robert B. Jobe
                                              LAW OFFICE OF ROBERT JOBE
                                              550 Kearny Street, Ste. 150
4                                             San Francisco, CA 94108
                                              (415) 956-5513
5
                                              Attorney for Plaintiffs
6

7                                    [~~PROPOSED~~] ORDER

8            IT IS HEREBY ORDERED that Plaintiffs' motion for dismissal of the action without

9     prejudice be granted.

10

11
      DATED:  October 16, 2006
12                                            _____
                                              JEFFREY S. WHITE
13                                            UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Motion for Voluntary Dismissal and ~~[Proposed] Order~~                2